

## State of New Jersey
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
124 Halsey Street
PO Box 45029
Newark, NJ 07101

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

GURBIR S. GREWAL
*Attorney General*

MICHELLE L. MILLER
*Director*

March 11, 2020

**Via CM/ECF**
Hon. Freda L. Wolfson, Chief U.S.D.J.
Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

> Re: McDowell v. Grewal, et al.
> Civil Action No. 3:20-cv-00433-FLW-DEA
> DOL# 20-00142

Dear Judge Wolfson:

This office represents Defendants Gurbir S. Grewal and Patrick J. Callahan in the above-referenced matter.

Pursuant to L. Civ. R. 6.1, Defendants Grewal and Callahan have been granted a 14-day clerk's extension to file their responsive pleading on or before April 3, 2020. Plaintiff Charles Douglas McDowell has also named all of New Jersey's 21 county prosecutors as defendants in this case. Counsel for the Hunterdon County Prosecutor's Office and Gloucester County Prosecutor's Office's have sought and received the same extension from the clerk.

Although this office does not represent the county prosecutors in this matter, we anticipate that all defendants' responsive pleadings will overlap substantially. To that end, for the sake of judicial efficiency, and to avoid unnecessary procedural confusion, we ask Your Honor to order that all defendants' responsive pleadings in this matter shall be due on or before April 3, 2020.

Plaintiff's counsel has kindly consented to this request.



March 11, 2020
Page 2

Thank you for your attention to this matter.

Respectfully submitted,

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY

/s/  Bryan Edward Lucas
Bryan Edward Lucas
Deputy Attorney General
(108462015)

cc: All Counsel of Record        **(Via CM/ECF)**