David W. Huang, Esq.
Evan F. Nappen, Attorney at Law, P.C.
21 Throckmorton Avenue
Eatontown, NJ 07724
Attorney for Plaintiffs,
  Charles Douglas McDowell and Thomas Leo Muller

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## TRENTON VICINAGE

| | |
|---|---|
| CHARLES DOUGLAS MCDOWELL, an Adult Individual; and THOMAS LEO MULLER, an Adult Individual;<br><br>         Plaintiffs,<br><br>    v.<br><br>GURBIR GREWAL, in his official capacity as Attorney General of New Jersey; and PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police,<br><br>         Defendants. | Hon. Freda L. Wolfson, U.S.D.J.<br>Hon. Douglas E. Arpert, U.S.M.J.<br><br>Docket No. 3:20-cv-00433-FLW-DEA<br><br>**CONSENT ORDER** |

This matter having come before the Court by way of a request for voluntary dismissal by David Huang, Esq., Evan F. Nappen, Esq., and Michael Giaramita, Esq., appearing on behalf of the Plaintiffs, Charles Douglas McDowell and Thomas Leo Muller, and Plaintiffs having requested the dismissal of all claims against Defendants Gurbir S. Grewal and Patrick J. Callahan pursuant to Fed. R. Civ. P. 41, and Defendants having indicated their consent to same;

It is on this _____ day of July, 2020;

**ORDERED** that Plaintiffs' request that all claims against Defendants Gurbir Grewal and Patrick J. Callahan in the Third Amended Complaint be voluntarily dismissed is **GRANTED**, and it is further

**ORDERED** that Plaintiff's Third Amended Complaint is hereby **DISMISSED WITHOUT PREJUDICE.**

_____
HON. FREDA L. WOLFSON, U.S.D.J.

The undersigned attorneys hereby consent to the form and entry of the foregoing Order.

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY

By:  /s/ Bryan Edward Lucas
    Bryan Edward Lucas
    Deputy Attorney General
    *Attorney for Defendants*

Dated: July 6, 2020

/s/ David W. Huang, Esq.
David W. Huang, Esq.
*Attorney for Plaintiffs*

/s/ Evan F. Nappen, Esq.
Evan F. Nappen, Esq.
*Attorney for Plaintiffs*

/s/ Michael Giaramita, Esq.
Michael Giaramita, Esq.
*Attorney for Plaintiffs*

Dated: July 6, 2020